**Myra HAMILTON, Plaintiff–Appellant,**

v.

**The VILLAGE OF CROSS KEYS, IN-CORPORATED; The Rouse Company; Walter Hollaway; Mel Hannah; Sahlim Mustafa, Defendants–Appellees.**

No. 02–1100.

United States Court of Appeals,
Fourth Circuit.

Submitted May 20, 2002.

Decided June 11, 2002.

Myra Hamilton, Appellant Pro Se. Richard J. Hafets, Piper, Marbury, Rudnick & Wolfe, L.L.P., Baltimore, Maryland; Elisha A. King, Piper, Marbury, Rudnick & Wolfe, L.L.P., Washington, D.C., for Appellees.

Before TRAXLER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Myra Hamilton appeals the district court's order dismissing this Title VII action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Hamilton v. Village of Cross Keys, Inc.,* No. CA–00–3143–MJG (D.Md. Dec. 19, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*